# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY SILVA,.

    *Petitioner*,

vs.

ISIDRO BACA, *et al.*,

    *Respondents*.

3:16-cv-00431-HDM-VPC

ORDER

    Petitioner has submitted an entirely hand-written document styled as a petition for habeas corpus. ECF No. 1. Because he appears to be challenging his state custody under a state-court judgment, he is required to complete a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, on the court-approved form. Local Rule, LSR 2-1 (requiring plaintiffs appearing in *pro se* to file all of their complaints and petitions on the court's approved forms).

    In addition, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule, LSR1-1, 1-2.

    Thus, the present action will be dismissed without prejudice to the filing of a habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this court in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

    **IT IS THEREFORE ORDERED** that this action shall be **DISMISSED** without prejudice to the filing of a habeas petition, on the required form, in a new action, accompanied by either a properly

completed pauper application or a filing fee of $5.00.

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

Dated this 26th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

-2-